# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY JOHNSON

NO. 2024 KW 0236

**MAY 13, 2024**

---

In Re:    Tony Johnson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1701099.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                          **JMG**
                          **WRC**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT